# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,

vs.

SANDRA L. MERLINO; THE
HONORABLE DAVID R. GAMBLE;
AND THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondents.

No. 72052



**FILED**

APR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is a pro se original petition seeking a writ of mandamus directing the respondent district court clerk to provide petitioner with file-stamped copies of his motion for transcripts and directing the district court to grant the motion and provide him with the transcript and/or recording of the October 10, 2016, hearing on the petition to terminate petitioner's parental rights. Having considered the petition, we are not convinced that our intervention by extraordinary writ is warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court). We

expect that the district court will resolve petitioner's motion for transcripts as quickly as its docket permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Chief Judge, The Fifth Judicial District Court
      Hon. David R. Gamble, Senior Judge
      Peter Jason Helfrich
      Attorney General/Carson City
      Nye County Clerk